UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-M-1031

UNITED STATES OF AMERICA          )
                                  )
              v.                  )          ORDER
                                  )
DANIELLE NICOLE WILSON            )

The Government's motion is hereby granted. The case is **dismissed.**

June 6, 2016
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE